### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS WASHINGTON | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| HUMAN RESOURCES MANAGER | : | NO. 17-2761 |
| MANHEIM AUTO AUCTION | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 22nd day of September, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* (ECF No. 5), his *pro se* complaint, and his *pro se* amended complaint, it is ORDERED that:

1.  Leave to proceed *in forma pauperis* is GRANTED.

2.  The complaint and amended complaint are DISMISSED without prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

3.  Plaintiff is given leave to file a second amended complaint within thirty (30) days of the date of this order. Any second amended complaint shall clearly describe the events giving rise to plaintiff's claims. Plaintiff shall do his best to describe what happened to him, identify who was involved in the events giving rise to his claims, and indicate when the events occurred. Upon the filing of a second amended complaint, the Clerk shall not make service until so ORDERED by the Court.

4.  The Clerk of Court shall provide plaintiff with a copy of the Court's current standard form complaint for a plaintiff filing an employment discrimination case bearing the

civil action number of this case. Plaintiff may use this form to file his second amended complaint.

5.      If plaintiff fails to file a second amended complaint, his case may be dismissed with prejudice without further notice.

BY THE COURT:

/s/ *Lawrence F. Stengel*

LAWRENCE F. STENGEL, C. J.